PROB 35             Report and Order Terminating Supervision
(Rev 3/93)             Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.             Crim. No. 7:07-CR-77-1BO

WALDO PATHAN STALLINGS, JR

On May 29, 2009, the above named was placed on supervised release for a period of 24 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,             Respectfully submitted,

/s/Jeffrey L. Keller             /s/Dewayne L. Smith
Jeffrey L. Keller             Dewayne L. Smith
Supervising U.S. Probation Officer             U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _28_ day of _October_, 2010.

Terrence W. Boyle
U.S. District Judge

Case 7:07-cr-00077-BO    Document 62    Filed 10/29/10    Page 1 of 1